UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              CASE NO. 2:24-CR-20009-004

JARED RAYCOLTEN MILNER                                              DEFENDANT

## ORDER

      The Court ADOPTS the report and recommendation (Doc. 46) entered in this case and accepts Defendant's plea of guilty to Count 5 of the indictment.  The Defendant is hereby adjudged GUILTY of the offense.

      IT IS SO ORDERED this 17th  day of June, 2024.


                                /s/ P. K. Holmes III
                                P.K. HOLMES III
                                U.S. DISTRICT JUDGE